OPINION — AG — ** WORK STUDY PROGRAMS ** THE FEDERAL REGULATIONS GOVERNING THE ELIGIBILITY, NEED AND AVAILABILITY OF FUNDS FOR THIS WORK STUDY PROGRAM DO 'NOT' REQUIRE STUDENTS TO LIVE IN COLLEGE HOUSING TO BE ELIGIBLE FOR THE PROGRAM. THEREFORE, THE REGULATIONS SUBMITTED WHICH MAKE THIS REQUIREMENT ARE IN VIOLATION OF THE FEDERAL REGULATIONS. (FEDERAL FUNDS, REQUIREMENTS, DORMS, POLICY) CITE: FEDERAL REGISTER — VOL. 34, NO. 91, CH 1(JAMES H. GRAY)